UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------X
BROOKRIDGE FUNDING CORP.,
       Plaintiff                                        CIVIL ACTION NO.

                                                           3:00CV2252 CFD
VS.


CONTRACTING SYSTEMS, INC. II, et al.,
       Defendant                                   OCTOBER 16, 2004
-------------------------------------------------X

## PLAINTIFF'S STATUS REPORT

The Plaintiff, Brookridge Funding Corp., hereby submits the following status report in compliance with the Court's Order entered herein on September 29, 2004:

A.    Nature of the Case and Procedural Posture

The Plaintiff, Brookridge Funding Corp. ("Brookridge"), brought this action against the Defendants, Contracting Systems, Inc. II ("CSI") and John W. Clarke seeking money damages for amounts due to Brookridge arising out of a Factoring Agreement. CSI and Brookridge signed the Factoring Agreement between Brookridge and CSI. Clarke signed a guaranty of CSI's obligations to Brookridge pursuant to the Factoring Agreement.

The liabilities of the Defendants to Brookridge arose from the nonpayment of certain accounts due from Northwestern Human Services, Inc. ("NHS") which are the subject of a separate action (*Brookridge Funding Corp. v. Northwestern Human Services, Inc.*, No. 3:99 cv 2339 (CFD)) which recently went to judgment in this Court. The dollar

amounts of the liabilities of the Defendants in this action turn on the result of the NHS litigation, and are thus now ripe for adjudication.

Neither Defendant in this action has filed an appearance, and Brookridge anticipates that this case will be disposed by a judgment after default of appearance. The undersigned is awaiting the receipt of military status information concerning the individual Defendant, John W. Clarke, for the purpose of filing a military affidavit. Brookridge anticipates filing motions for judgment and supporting documentation in fewer than thirty (30) days.

B.   Discovery

As there are no appearing Defendants, no discovery has been conducted. Disclosures made in the course of the NHS litigation are relevant to the claims herein.

C.   Settlement

No settlement conferences have been conducted. Such a conference would only be of value if a Defendant were to subsequently appear and defend this action.

D.   Trial Preparation

For the reasons set forth in A., *supra*, the Plaintiff anticipates that this matter will be disposed of without trial within approximately thirty days.

THE PLAINTIFF, BROOKRIDGE FUNDING CORP.

By _____
William J. Hagan
Its Attorney
30 Main Street, Suite 500
Danbury, CT 06810
(203) 798-2624
Fax (800) 856-8666
Federal Bar No. ct06284

2