FILED

2005 DEC 16  P 3: 30

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------X
BROOKRIDGE FUNDING CORP.,             CIVIL ACTION NO.
          Plaintiff

VS.                                                              3:00 CV 2252 CFD

CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
          Defendants                                       DECEMBER 16, 2005
------------------------------------------------X

## MOTION FOR DEFAULT FOR FAILURE TO APPEAR

Pursuant to Fed.R.Civ.P. 55(a), the Plaintiff, Brookridge Funding Corp., hereby moves that a default for failure to appear be entered against each Defendant, Contracting Systems, Inc. II and John Clarke, individually, for their failure to appear in the instant matter. In support of this motion, the Plaintiff represents as follows:

1. This action was commenced by the filing of a Summons and Complaint with the United States District Court, District of Connecticut, on November 27, 2000.

2. Thereafter, the Plaintiff, pursuant to Rule 4(e), effectuated service on the Defendants, Contracting Systems, Inc. II and John Clarke, through a Process Server, as reflected in the returns filed in this action.

3. Pursuant to Fed.R.Civ.P. 12(a), twenty (20) days have elapsed since the service of Writ, Summons and Complaint upon the defendants. As of the date of this motion, neither of the Defendants have filed an Appearance with the Court.

4. The undersigned has confirmed with the Defense Manpower Data Center that the individual Defendant, John Clarke, is not in the military service. Please see the Military Affidavit attached hereto.

5. WHEREFORE, the Plaintiff respectfully requests this Court to enter a default against the Defendants, Contracting Systems, Inc. II and John Clarke, individually, for their failure to appear.

THE PLAINTIFF,
BROOKRIDGE FUNDING CORP.

By _____
William J. Hagan
Its Attorney
30 Main Street
Suite 500
Danbury, CT 06810
(203) 798-2624
Federal Bar No. ct06284

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

-------------------------------------------------------X
BROOKRIDGE FUNDING CORP.,                CIVIL ACTION NO.
       Plaintiff                             3:00 CV 2252 CFD

VS.

CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
       Defendants                           DECEMBER 16, 2005
-------------------------------------------------------X

## ORDER

The foregoing Motion For Default For Failure To Appear as to the Defendants, Contracting Systems, Inc. II and John Clarke, individually, having been presented to the Court, it is hereby ORDERED: GRANTED/DENIED.

                                      BY THE COURT

                                      _____
                                      JUDGE (_____, J.)
                                      CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------------------------------------------------- X
BROOKRIDGE FUNDING CORP.,              CIVIL ACTION NO.
    Plaintiff                                       3:00 CV 2252 CFD

VS.

CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
    Defendants                                  DECEMBER 16, 2005
---------------------------------------------------------- X

## MILITARY AFFIDAVIT

**State of Connecticut** )
                     )   ss.: Danbury
**County of Fairfield** )

**WILLIAM J. HAGAN**, being of lawful age and duly sworn, hereby deposes and says:

    1.    On December 16, 2005, I accessed the website of the Defense Manpower Data Center seeking information regarding the military status of the Defendant, John Clarke.

    2.    Upon the entry of information identifying Mr. Clarke, the Defense Manpower Data Center returned the attached document containing the response thereon indicating that as of December 16, 2005, said Defendant, was not in the military service.

                                                        _____
                                                        William J. Hagan

Sworn to and subscribed before me this 16th day of December, 2005.

_____
Notary Public

Department of Defense Manpower Data Center                     DEC-16-2005 08:36:03


Military Status Report
Pursuant to the Service Members' Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| CLARKE | John | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the individual, per the Information provided, as to all branches of the Military.

Robert J. Brandewie, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Service Members Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are most strongly encouraged to contact us by phone at (703-696-6762). We will then conduct further research. Your failure to re-contact DMDC may cause provisions of the SCRA to be invoked against you.

This response reflects current active duty status only. For historical information, please contact the military services SCRA point of contact.

    See: http://www.defenselink.mil/faq/pis/PC09SLDR.html.

*Report ID:QUDPTWRHMA*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------------- X
BROOKRIDGE FUNDING CORP.,          CIVIL ACTION NO.
     Plaintiff

                                                         3:00 CV 2252 CFD

    VS.

WHITEMAN MANUFACTURING, INC.
and GARY WHITEMAN, INDIVIDUALLY,
     Defendants                            DECEMBER 16, 2005
------------------------------------------------------- X

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion For Default For Failure To Appear was mailed via U.S. Mail, first class, postage prepaid, on the date first written above to the following:

Contracting Systems, Inc. II
472 California Road
Quakertown, PA 18951

John Clarke
175 Hellertown Avenue
Quakertown, PA 18951

_____
William J. Hagan