UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------ X
BROOKRIDGE FUNDING CORP.,                         CIVIL ACTION NO.
                Plaintiff

VS.                                               3:00 CV 2252 (CFD)


CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
                Defendants                        MARCH 17, 2006
------------------------------------------------ X

## MOTION TO OPEN DISMISSAL

The Plaintiff, Brookridge Funding Corp., hereby moves that the dismissal entered by the Court herein on February 17, 2006 be opened and in support of this motion represents as follows:

1.  This action was commenced by the filing of a Summons and Complaint with the United States District Court, District of Connecticut, on November 27, 2000.

2.  Thereafter, the Plaintiff, pursuant to Rule 4(e), effectuated service on the Defendants, Contracting Systems, Inc. II and John Clarke, through a Process Server, as reflected in the returns filed in this action.

3.  On December 20, 2005, this Court entered defaults for failure to appear against both said Defendants pursuant to the Motion for Default filed by the Plaintiff, with supporting military affidavit as to the Defendant, John Clarke.

4.  On February 17, 2006 this Court entered an order dismissing this action for failure to move for judgment within 30 days. The terms of the order provide that

"Plaintiff may move to reopen within 30 days accompanied with motion for default judgment."

5. The Plaintiff is filing simultaneously herewith its Motion For Judgment as Directed by the Court.

6. The Plaintiff has meritorious claims against the Defendants and would be prejudiced if it were to be precluded from asserting such claims.

**WHEREFORE**, the Plaintiff respectfully requests this Court to open the dismissal entered on February 17, 2006 in this action in light of the Plaintiff's filing of its Motion for Judgment.

THE PLAINTIFF,
BROOKRIDGE FUNDING CORP.

By _____
William J. Hagan
Its Attorney
30 Main Street
Suite 500
Danbury, CT 06810
(203) 798-2624
Federal Bar No. ct06284

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------------- X
BROOKRIDGE FUNDING CORP.,            CIVIL ACTION NO.
      Plaintiff

VS.                                                      3:00 CV 2252 CFD


CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
      Defendants                             MARCH 17, 2006
------------------------------------------------------- X

## ORDER

The foregoing Motion To Open having been presented to the Court, it is hereby

ORDERED: GRANTED/DENIED; and it is further ORDERED that the dismissal entered February 17, 2006 is hereby opened and the captioned case is restored to the docket.


                                                  BY THE COURT


                                                  JUDGE (_____,J.)
                                                  CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------- X
BROOKRIDGE FUNDING CORP.,                    CIVIL ACTION NO.
     Plaintiff

VS.                                          3:00 CV 2252 CFD


CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
     Defendants                             MARCH 17, 2006
------------------------------------------------- X

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion To Open was mailed via U.S. Mail, first class, postage prepaid, on the date first written above to the following:

Contracting Systems, Inc. II
472 California Road
Quakertown, PA 18951

John Clarke
175 Hellertown Avenue
Quakertown, PA 18951

_____
William J. Hagan