UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

-------------------------------------------------- X
BROOKRIDGE FUNDING CORP.,                          CIVIL ACTION NO.
         Plaintiff

VS.                                                3:00 CV 2252 (CFD)


CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
         Defendants                                MARCH 17, 2006
-------------------------------------------------- X

### MOTION FOR JUDGMENT AFTER DEFAULT FOR FAILURE TO APPEAR

Pursuant to Federal Rule of Civil Procedure 55(b), the Plaintiff, Brookridge Funding Corp., hereby moves that a Default Judgment be entered against the Defendants, Contracting Systems, Inc. II and John Clarke, individually, following the entry on December 20, 2005 a default against said defendant for her failure to appear. In support of this motion, the plaintiff represents:

1. This action was commenced by the filing of a Summons and Complaint with the United States District Court, District of Connecticut, on November 27, 2000.

2. Thereafter, the Plaintiff, pursuant to Rule 4(e), effectuated service on the Defendants, Contracting Systems, Inc. II and John Clarke, through a Process Server, as reflected in the returns filed in this action.

3. On December 20, 2005, this Court entered defaults for failure to appear against both said Defendants pursuant to the Motion for Default field by the Plaintiff, with supporting military affidavit as to the Defendant, John Clarke.

4. The plaintiff submits the annexed Affidavit of Debt in support hereof.

**WHEREFORE**, the Plaintiff respectfully requests this Court to enter a judgment after default against the Defendants, Contracting Systems, Inc. II and John Clarke, individually, for their failure to appear.

THE PLAINTIFF,
BROOKRIDGE FUNDING CORP.

By _____
William J. Hagan
Its Attorney
30 Main Street
Suite 500
Danbury, CT 06810
(203) 798-2624
Federal Bar No. ct06284

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------------- X
BROOKRIDGE FUNDING CORP.,                   CIVIL ACTION NO.
         Plaintiff

VS.                                         3:00 CV 2252 CFD

CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
         Defendants                         MARCH 17, 2006
------------------------------------------------------- X

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion For Judgment After Default For Failure To Appear was mailed via U.S. Mail, first class, postage prepaid, on the date first written above to the following:

Contracting Systems, Inc. II
472 California Road
Quakertown, PA 18951

John Clarke
175 Hellertown Avenue
Quakertown, PA 18951

_____
William J. Hagan

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------ X
BROOKRIDGE FUNDING CORP.,           CIVIL ACTION NO.
      Plaintiff

VS.                                3:00 CV 2252 CFD


CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
      Defendants                 MARCH 17, 2006
------------------------------------------------ X

## ORDER

The foregoing Motion For Judgment After Default For Failure To Appear as to the Defendants, Contracting Systems, Inc. II and John Clarke, having been presented to the Court, it is hereby ORDERED:   GRANTED/DENIED; and it is further ORDERED that judgment shall enter in this matter in favor of the plaintiff and against the Defendants in accordance with the annexed proposed Judgment.

                                                                  BY THE COURT



                                                                  JUDGE (_____,J.)
                                                                  CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------X
BROOKRIDGE FUNDING CORP.,            CIVIL ACTION NO.
    Plaintiff

VS.                                  3:00 CV 2252 CFD

CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
    Defendants                       MARCH 17, 2006
------------------------------------------------X

## JUDGMENT

This matter came on for consideration of the plaintiff's Motion For Judgment After Default For Failure To Appear before the Honorable Christopher F. Droney, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having granted the motion, it is hereby ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff and against the defendant on each count of its complaint; and

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff, BROOKRIDGE FUNDING CORP., recover of the Defendants, Contracting Systems, Inc. II and John Clarke, the sum of $

in damages, together with costs of this action as provided by law.

    Dated at _____, Connecticut, this _____ day of _____ 2006.


                                                        _____
                                                        United States District Judge
                                                        Clerk