UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------------- X
BROOKRIDGE FUNDING CORP.,             CIVIL ACTION NO.
In an            Plaintiff

VS.                                                    3:00 CV 2252 (CFD)


CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
         Defendants                                   MARCH 31, 2008
------------------------------------------------------- X

## MOTION TO OPEN DISMISSAL

The Plaintiff, Brookridge Funding Corp., hereby moves that the dismissal entered by the Court herein on November 27, 2007 be opened and in support of this motion represents as follows:

1.      This action was commenced by the filing of a Summons and Complaint with the United States District Court, District of Connecticut, on November 27, 2000.

2.      Thereafter, the Plaintiff, pursuant to Rule 4(e), effectuated service on the Defendants, Contracting Systems, Inc. II and John Clarke, through a Process Server, as reflected in the returns filed in this action.

3.      On December 20, 2005, this Court entered defaults for failure to appear against both said Defendants pursuant to the Motion for Default filed by the Plaintiff, with supporting military affidavit as to the Defendant, John Clarke.

4.      On March 17, 2006 filed a Motion For Judgment upon said defaults. The Court set April 7, 2006 as the deadline for the filing of a response by the Defendants. No such response was filed.

5.     The Court provided that the scheduling of a hearing in damages will be required for the entry of final judgment in this matter upon said defaults.

6.     On November 27, 2007 the Court entered an Order dismissing this action for failure to file a status report which was due November 16, 2007 pursuant to a prior order of the Court.

7.     The Court orders entered in this matter were transmitted electronically to plaintiff's counsel via email only. At various times in the Fall of 2007, a series of emails were inadvertently deleted from the undersigned account, causing, *inter alia*, delays in the undersigned's response to such orders in this action.

8.     Plaintiff will be prepared immediately to present evidence of its damages at such hearing in damages when the same can be scheduled by the Court once the dismissal entered in this action is reopened.

9.     The Plaintiff has meritorious claims against the Defendants and would be substantially prejudiced if it were to be precluded from asserting such claims. Conversely, the scheduling of such hearing in damages will be the final step necessary to finalize the judgment to which the plaintiff is entitled.

**WHEREFORE**, the Plaintiff respectfully requests this Court to open the

dismissal entered on November 27, 2007 in this action.

                                      THE PLAINTIFF,
                                      BROOKRIDGE FUNDING CORP.

By _____
      William J. Hagan
      Its Attorney
      30 Main Street
      Suite 201A
      Danbury, CT 06810
      (203) 798-2624
      Federal Bar No. ct06284

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------------- X
BROOKRIDGE FUNDING CORP.,                    CIVIL ACTION NO.
      Plaintiff

VS.                                          3:00 CV 2252 CFD


CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
      Defendants                         MARCH 31, 2008
------------------------------------------------------- X

## ORDER

The foregoing Motion To Open having been presented to the Court, it is hereby ORDERED: GRANTED/DENIED; and it is further ORDERED that the dismissal entered November 27, 2008 is hereby opened and the captioned case is restored to the docket.

BY THE COURT


_____
JUDGE (_____,J.)
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------------------------------------------------- X
BROOKRIDGE FUNDING CORP.,                CIVIL ACTION NO.
       Plaintiff

VS.                                      3:00 CV 2252 CFD


CONTRACTING SYSTEMS, INC. II
and JOHN CLARKE,
       Defendants             MARCH 31, 2008
---------------------------------------------------------- X

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion To Open was mailed via U.S. Mail, first class, postage prepaid, on the date first written above to the following:

Contracting Systems, Inc. II
472 California Road
Quakertown, PA 18951

John Clarke
175 Hellertown Avenue
Quakertown, PA 18951

_____
William J. Hagan